UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-25087-CV-WILLIAMS

KATTIA GARN,

    Plaintiff,

v.

SOUTH FLORIDA STADIUM LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court *sua sponte*. On April 24, 2025, Defendants South Florida Stadium LLC and Confederation of North, Central America and Caribbean Association Football appealed the Court's order denying their motion to compel arbitration. (DE 63; DE 64.) The Supreme Court has held that a "right to interlocutory appeal of the arbitrability issue without an automatic stay of the district court proceedings is . . . like a lock without a key, a bat without a ball, a computer without a keyboard—in other words, not especially sensible." *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 743 (2023). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This action is **STAYED** pending appeal of the Court's prior order.

2. Defendant Confederacion Sudamerica de Futbol's Motion for Clarification (DE 70) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>29th</u> day of April, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE